Name and address
Michael W O Holihan, Esq.
1101 N. Lake Destiny Dr, Ste 275
Maitland, FL 32751
407-660-8575

FILED
CLERK, U S DISTRICT COURT

JUL 20 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sanrio, Inc | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 07-3400 CAS (VBKx) |
| v. | |
| Elia Oleta | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

Priority    ___
Send        X
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___

The Court, having reviewed the accompanying Application of ___Michael W O Holihan___,
                                                              *Applicant's Name*

of ___HOLIHAN LAW___ for permission to appear and participate in the above-entitled
       *Firm Name*

action on behalf of ☒ Plaintiff   ☐ Defendant   ___SANRIO, INC.___

and the designation of ___J. ANDREW COOMBS___ of ___J. ANDREW COOMBS, A PROF. CORP.___
                         *Local Counsel Designee*              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

LODGED
CLERK, U.S. DISTRICT COURT
JUL [illegible] 2007
CENTRAL DISTRICT OF CALIFORNIA

Dated ___JUL 19 2007___

_____
U. S. District Judge/U.S. Magistrate Judge
     for CHRISTINA A. SNYDER

DOCKETED ON CM
JUL 23 2007
BY ___ 005

ORIGINAL

G-64 ORDER (06/05)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 450 North Brand Boulevard, Suite 600, Glendale, California 91203-2349.

On July 16, 2007, I served on the interested parties in this action with the:

- APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
- ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

for the following civil action:

<u>Sanrio, Inc., et al. v. Elia Oleta, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Elia Oleta d/b/a Tepeyac Jump<br>7009 Rosecrans Ave.<br>Paramount, CA 90723 | Courtesy Copy to:<br>Anthony Lopez<br>633 W. 5th Street, Suite 6770<br>Los Angeles, California 90071 |

Place of Mailing: Glendale, California
Executed on July 16, 2007 at Glendale, California.

_____
/Katrina Bartolome