J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida 32751
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Sanrio, Inc.,
Hanna-Barbera Productions, Inc.,
Warner Bros. Entertainment Inc. and
Disney Enterprises, Inc.

Anthony R. Lopez
Law Offices of Lopez & Associates
633 West 5th Street, Suite 6770
Los Angeles, California 90071
Telephone: (213) 430-6900
Facsimile: (213) 430-6905

Attorney for Defendant Elia Oleta, an
individual and doing business as Tepeyac Jump

___ Priority
X   Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Sanrio, Inc., Hanna-Barbera Productions, Inc., Warner Bros. Entertainment Inc. and Disney Enterprises, Inc., | Case No. 07-3400 CAS (VBKx) |
|---|---|
| Plaintiffs, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER |
| v. | |
| Elia Oleta, an individual and doing business as Tepeyac Jump, and Does 1-10, inclusive, | |
| Defendants. | |

PLAINTIFFS, Sanrio, Inc., Hanna-Barbera Productions, Inc., Warner Bros. Entertainment Inc. and Disney Enterprises, Inc. (collectively "Plaintiffs") and

Defendant Elia Oleta, an individual and doing business as Tepeyac Jump ("Defendant"), by and through their respective counsels of record, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about May 24, 2007;

WHEREAS Plaintiffs caused the Summons and Complaint to be served on the Defendant on or about June 11, 2007;

WHEREAS a prior Stipulation to Extend Time to Respond to the Complaint was filed with the Court on or about July 12, 2007;

WHEREAS Defendant is in the process of forwarding certain documentation which will allow the Parties to continue to discuss resolution of the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter; and

/ / /

/ / /

/ / /

1  NOW, THEREFORE, Plaintiffs and Defendant stipulate and agree that
2  Defendant shall have through and until, August 31, 2007, to respond to the
3  
4  Complaint.
5  
6  
7  DATED: August   , 2007            J. Andrew Coombs, A Professional Corp.
8  
9                                    By: _____
                                          J. Andrew Coombs
10                                        Annie S. Wang
                                     Attorneys for Plaintiffs Sanrio, Inc., Hanna-
11                                   Barbera Productions, Inc., Warner Bros.
                                     Entertainment Inc. and Disney Enterprises, Inc.
12  
13  
    DATED: August   , 2007            Law Offices of Lopez & Associates
14  
15                                    By: _____
                                          Anthony R. Lopez
16                                   Attorney for Defendant Elia Oleta, an
                                     individual and doing business as Tepeyac Jump
17  
18  
19  IT IS SO ORDERED:
20  
21
    AUG 1 3 2007                      _____
22                                    Hon. Christina A. Snyder
                                      Judge, United States District Court, Central
23                                    District of California
24  
25  
26  
27  
28  

Sanrio, et al v Oleta Stipulation to extend time 8-3        - 3 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On August 9, 2007, I served on the interested parties in this action with the:

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

for the following civil action:

Sanrio, Inc., et al. v. Elia Oleta, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Anthony Lopez<br>Lopez and Associates<br>633 W. 5th Street, Suite 6770<br>Los Angeles, California 90071 | Courtesy Copy to:<br>Michael W.O. Holihan, Esq.<br>Michael W.O. Holihan, P.A.<br>1101 N. Lake Destiny Drive, # 350<br>Maitland, Florida 32751 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 9, 2007 at Glendale, California.

_____
Katrina Bartolome