Sanrio, Inc. et al v. Elia Oleta, et al                                                                                                                    Doc. 12

J. Andrew Coombs (SBN 123881)
J. Andrew Coombs A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

FILED
CLERK, U S DISTRICT COURT
AUG 2 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc., Hanna-Barbera Productions, Inc., Warner Bros Entertainment Inc. and Disney Enterprises, Inc., <br><br> Plaintiff(s) <br><br> v. <br><br> Elia Oleta, an individual and doing business as Tepeyac Jump, and Does 1-10, inclusive, <br><br> Defendant(s). | CASE NUMBER <br><br> CV 07-3400 CAS (VBKx) <br><br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____Sanrio, Inc., et al._____        ☒ Plaintiff   ☐ Defendant   ☐ Other _____
          *Name of Party*

to substitute _____Nicole L. Drey_____ who is

☒ Retained Counsel       ☐ Counsel appointed by the Court (Criminal cases only)       ☐ Pro Se

_____517 East Wilson Avenue, Suite 202_____
                    *Street Address*

____Glendale, California 91206____          ____nicole@coombspc.com____
        *City, State, Zip*                              *E-Mail Address*

____(818) 500-3200____        ____(818) 500-3201____        ____250235____
   *Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record in place and stead of _____Alexandra E. Ciganer_____
                                                         *Present Attorney*

is hereby      ☒ GRANTED      ☐ DENIED

Dated ___8/28/07___                          _____Christina A. Snyder_____
                                              U.S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

ORIGINAL

Dockets.Justia.com

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On August 27, 2007, I served on the interested parties in this action with the:
- REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
- ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

for the following civil action:

Sanrio, Inc., et al. v. Elia Oleta, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Anthony Lopez<br>Lopez and Associates<br>633 W. 5th Street, Suite 6770<br>Los Angeles, California 90071 | Courtesy Copy to:<br>Michael W.O. Holihan, Esq.<br>Michael W.O. Holihan, P.A.<br>1101 N. Lake Destiny Drive, # 350<br>Maitland, Florida 32751 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 27, 2007 at Glendale, California.

_____
Katrina Bartolome